PATRICK NICHOLS, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

(Argued June 9, 1881 ; decided October 28, 1881.)

*C. P. Hoffman* for plaintiff in error.

*Alonzo Wheeler* for defendant in error.

Agree to affirm; no opinion.

All concur, except FOLGER, Ch. J., absent.

Order affirmed.